UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00212-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JEREMIAH MICAH DEARE (01)** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the Court is the Unopposed Motion to Continue (Doc. 62), wherein the defendant Jeremiah Deare moves this Court to continue the Pretrial Conference scheduled for January 5, 2023, at 10:00 A.M., and the Jury Trial scheduled for January 23, 2023, for the following four reasons: (1) to facilitate ongoing plea negotiations; (2) the manager of Dave's Gun Shop, a corporate defendant, is indigent, cannot afford representation, is therefore unrepresented, and undersigned counsel is conflicted; (3) the parties believe that there are some pre-trial evidentiary issued that must be discussed prior to trial; and (4) AUSA Myers does not oppose the continuance.

**UPON CONSIDERATION** of the Defendant's Motion to Continue the Pre-Trial Conference and Trial Date, the Court finds the ends of justice that are served by taking this action outweigh the best interest of the public and defendant in a speedy trial, the failure to grant the continuance would likely result in a miscarriage of justice, and it would deny the defendant and government reasonable time necessary for preparation, taking into account the existence of due diligence, all in accordance with 18 U.S.C. 3161(h)(7)(A), (B)(i), and (B)(iv).

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Continue (Doc. 62) be **GRANTED** and the January 23, 2023 Trial Date and January 5, 2023 Pretrial Conference is continued.

**IT IS FURTHER ORDERED** that the matter is referred to the Magistrate Judge for a new scheduling conference.

**THUS DONE AND SIGNED** in Chambers this 28th day of December 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE