UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JEREMIAH MICAH DEARE | NO.  6:21-CR-00212-JDC-KK-1 |

**MOTION TO DISMISS INDICTMENT BASED UPON THE SECOND AMENDMENT**

NOW INTO COURT, come undersigned counsel with the law firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., attorney for defendant Jeremiah Deare, who respectfully represent:

Defendant Jeremiah Deare is charged in a 7-count indictment alleging a general conspiracy, multiple false statements with respect to records of a licensed firearms dealer and multiple counts of failing to file multiple sales reports.

The process crimes constituting the indictment concern the tracking of gun sales and list of purchasers.  A concept not recognized by our nation's tradition.  Recently, the Supreme Court, reasserted the protections afforded by the Second Amendment in N.Y. State Rifle & Pistol Ass'n v Bruen, 142 S.Ct. 211 (2022) which places the burden upon the Government to show that a particular regulation is consistent with the Second Amendment's text and historical understanding.  These identification and list regulations are not and are indeed less than 100 years old.  As such they violate the Second Amendment and any prosecution based upon them must be dismissed.

WHEREFORE, Jeremiah Deare respectfully moves to dismiss the Indictment on grounds that the crimes referenced therein are inconsistent with the Second Amendment.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

<u>s/ André Bélanger</u>
ANDRÉ BÉLANGER
Louisiana Bar No. 26797
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JEREMIAH MICAH DEARE | NO.  6:21-CR-00212-JDC-KK-1 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Motion to Dismiss Indictment Based Upon the Second Amendment with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 30th day of June, 2023.

s/ André Belanger
ANDRÉ BÉLANGER