UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**

**JEREMIAH MICAH DEARE**

CRIMINAL ACTION

NO.  6:21-CR-00212-JDC-KK-1

### MOTION TO DISMISS COUNT FOR VAGUENESS

NOW INTO COURT, come undersigned counsel with the law firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., attorney for defendant Jeremiah Deare, who respectfully represent:

Defendant Jeremiah Deare is charged in a 7-count indictment alleging a general conspiracy, multiple false statements with respect to records of a licensed firearms dealer and multiple counts of failing to file multiple sales reports.

The crux of the indictment, and the case for that matter, is whether the gun sale transactions referenced within this indictment were exchanges to enhance Mr. Deare's private firearms collection or whether they were done for the purpose of earning a livelihood so as to trigger the applicable laws for licensed firearms dealers.  "Personal collection" is a broad and undefinable term.  Some people may have 3-4 guns while others could have hundreds. Simply looking at the volume of exchanges is inadequate.  Furthermore, establishing a profit motive seems speculative.  As such, the statutory definitions relied upon by the Government to trigger the applicable laws pertaining to a licensed firearms dealer are unconstitutionally vague and the indictment should be dismissed.

WHEREFORE, Jeremiah Deare respectfully moves to dismiss the Indictment for vagueness.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ André Bélanger
ANDRÉ BÉLANGER
Louisiana Bar No. 26797
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)
Email: andre@manassehandgill.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| | **NO.  6:21-CR-00212-JDC-KK-1** |
| **JEREMIAH MICAH DEARE** | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Motion to Dismiss Count for Vagueness with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 30th day of June, 2023.

                                                            s/ André Belanger  
                                                          ANDRÉ BÉLANGER