UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  6:21-CR-00212-JDC-CBW-1 |
| JEREMIAH MICAH DEARE | |

### DEFENDANT JEREMIAH DEARE'S MOTION TO ADOPT MOTION OF CO-DEFENDANT SARAH FOGLE'S FIRST MOTION IN LIMINE

COMES NOW, the Defendant, JEREMIAH DEARE, by and through undersigned counsel, who hereby moves to adopt the First Motion in Limine (Doc. 87), filed by co-defendant Sarah Elaine Fogle to the extent that it may relate and be applicable to Defendant Jeremiah Deare. In addition, Defendant Deare respectfully requests this Honorable Court to consider all arguments and objections made during any hearing held in relation to Defendant Fogle's First Motion in Limine by her defense counsel to insure the benefit of, and be treated as if made by him, and for full general and equitable relief.

        Respectfully Submitted:

        **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

        <u>s/ André Bélanger</u>
        ANDRÉ BELANGER
        Louisiana Bar No.  26797
        Attorney for Defendant
        8075 Jefferson Hwy.
        Baton Rouge, LA  70809
        (225) 383-9703 (Telephone)
        (225) 383-9704 (Facsimile)

2

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  6:21-CR-00212-JDC-CBW-1 |
| JEREMIAH MICAH DEARE | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Defendant Jeremiah Deare's Motion to Adopt Motion of Co-Defendant Sarah Fogle's First Motion in Limine and the proposed order with the Clerk of Court by using the CM/ECF.

Baton Rouge, Louisiana this 12th day of July, 2023.

                                                    s/ André Bélanger
                                                    ANDRÉ BELANGER