UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:21-cr-00212** |
| **VS.** | * | **JUDGE JAMES D. CAIN, JR.** |
| **JEREMIAH MICAH DEARE(01)**<br>**SARAH ELAINE FOGLE (02)**<br>**DAVE'S GUNSHOP, LLC (03)** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 121] of the Magistrate Judge, recommending that the defendant's Motion to Suppress [doc. 96] be denied. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 121] be **ADOPTED** and that the Motion to Suppress be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 4th day of October, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**