AO 245B    (Rev. 09/19 - WDLA) Judgment in a Criminal Case
             Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Louisiana

Lafayette Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| JEREMIAH MICAH DEARE | Case Number: 6:21-CR-00212-1 |
| | USM Number: 64004-509 |
| | Andre R Belanger |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☒ was found guilty on count(s)  1, 2, and 3 of the Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 | Conspiracy With Forfeiture Allegation | 02/02/2021 | 1 |
| 18:922(b)(5) | False Statement With Respect To Records Of Licensed Firearms Dealer | 02/02/2021 | 2 |
| 18:922(m) | False Statement With Respect To Records Of Licensed Firearms Dealer With Forfeiture Allegation | 02/02/2021 | 3 |

    The defendant is sentenced as provided in pages 2 through 19 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                     April 2, 2024
                                     Date of Imposition of Judgment

                                     Signature of Judge

                         JAMES D. CAIN, JR., United States District Judge
                         Name of Judge                       Title of Judge

                                     April 3, 2024
                                     Date

Case 6:21-cr-00212-JDC-TPL   Document 199   Filed 04/03/24   Page 2 of 19 PageID #: 4168
AO 245B    (Rev. 09/19 - WDLA) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page **2** of **19**

DEFENDANT:       JEREMIAH MICAH DEARE
CASE NUMBER:     6:21-CR-00212-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  45 month(s) as to count 1; 45 month(s) as to count 2; 7 month(s) as to count 3 Terms to run consecutive with credit for time served in federal custody since November 30, 2023.

☒  The court makes the following recommendations to the Bureau of Prisons:
The defendant be placed in a facility as close to Lafayette, Louisiana as possible and the defendant be evaluated for treatment for PTSD.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                                UNITED STATES MARSHAL

                                                     By _____
                                                                  DEPUTY UNITED STATES MARSHAL

DEFENDANT:        JEREMIAH MICAH DEARE
CASE NUMBER:      6:21-CR-00212-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :  Three (3) years

## MANDATORY CONDITIONS  (MC)

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
5. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
6. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
7. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901,*et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
8. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
9. ☐ The passport restriction imposed at the time of initial release is hereby suspended, and defendant's passport is ordered released to defendant's attorney. *(check if applicable)*
10. ☐ The passport restriction imposed at the time of initial release is continued, and defendant's passport is ordered transferred to the U. S. Department of State. *(check if applicable)*
11. You must comply with the standard conditions that have been adopted by this court as well as any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION  (SC)

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U. S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

DEFENDANT:        JEREMIAH MICAH DEARE
CASE NUMBER:      6:21-CR-00212-1

# SPECIAL CONDITIONS OF SUPERVISION  (SP)

1. Because the presentence report and/or other reliable sentencing information indicates a high risk of future substance abuse, the defendant shall participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The defendant shall submit to drug testing as directed by the treatment facility and probation officer during the term of supervision. The defendant shall contribute to the cost of the treatment program if financially able.
2. Because the presentence report and/or other reliable sentencing information indicates a history of mental health issues, the defendant shall participate in an outpatient mental health treatment program, under the guidance of the U.S. Probation Office, and follow the rules and regulations of that program. The defendant shall contribute to the cost of the treatment program if financially able.

DEFENDANT: JEREMIAH MICAH DEARE
CASE NUMBER: 6:21-CR-00212-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|----------|---------------|-----------------|----------|----------------------|-----------------------|
| **TOTALS** | $225.00 | $.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and/or penalties and it is ordered that:

☐ the interest and/or  ☐ penalty requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest and/or  ☐ penalty requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299..
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page **6** of **19**

DEFENDANT:     JEREMIAH MICAH DEARE
CASE NUMBER:   6:21-CR-00212-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ 225.00 due immediately.

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

    The Court orders that any federal income tax refund payable to the defendant from the Internal Revenue Service will be turned over to the Clerk of Court and applied toward any outstanding balance with regard to the outstanding financial obligations ordered by the Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, or, unless ordered otherwise, criminal debt payments may be made online at www.lawd.uscourts.gov/fees.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
    ☐ Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    ☐ The Court gives notice this case involves other defendants who may be held jointly and several liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
See attached list:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:       JEREMIAH MICAH DEARE
CASE NUMBER:     6:21-CR-00212-1

Forfeited Property List

1. 21-ATF-008940 Acadian Armament Lynx Silencer CAL:0.223, Serial No. BPF10
2. 21-ATF-009053 Silencerco, LLC Octane Silencer CAL:9, Serial No. OCT 9-2305
3. 21-ATF-009177 ADVANCED ARMAMENT CORP/ELEMENT UNKNOWN SILENCER CAL: 22LR, Serial No. ELE00067
4. 21-ATF-009228 Unknown Manufacturer 45 Osprey Silencer CAL:45, Serial No. OSP45-21878
5. 21-ATF-009381 Advanced Armorment Corp. Element 2 Silencer CAL:22, Serial No. EL20727
6. 21-ATF-009382 Acadian Armorment Cougar Silencer CAL:30, Serial No. B2A054
7. 21-ATF-009383 Acadian Armorment Cougar Silencer CAL:30, Serial No. B2A048
8. 21-ATF-009384 Acadian Armorment Zenith D9-Z Silencer CAL:9, Serial No. C1K0002
9. 21-ATF-009385 Acadian Armorment Lynx Silencer CAL:223, Serial No. B2F051
10. 21-ATF-009386 Acadian Armorment Defender Silencer CAL:556, Serial No. C1H032
11. 21-ATF-009387 Advanced Armorment Ti-Rantm Silencer CAL:45, Serial No. TR45M03406
12. 21-ATF-009388 Silencer Co. Omega Silencer CAL:3, Serial No. OMG-20645
13. 21-ATF-009389 Silencer Co. Omega Silencer CAL:3, Serial No. OMG-52683
14. 21-ATF-009390 Wise Arms 22 Whisper Silencer CAL:22, Serial No. RIM-00302
15. 21-ATF-009391 Silencer Co. Osprey Micro Silencer CAL:22, Serial No. OSPM-9362
16. 21-ATF-009392 Acadian Amorment Pantera Silencer CAL:30, Serial No. C1J0113
17. 21-ATF-009393 Silencer Co. 22 Sparrow SS Silencer CAL:22, Serial No. SPS-25253
18. 21-ATF-009394 Silencer Co. Osprey Micro Silencer CAL:22, Serial No. OSPM-9363
19. 21-ATF-009396 Silencer Co. Hybrid Silencer CAL:46, Serial No. HYB-44566
20. 21-ATF-009397 Silencer Co. 22 Sparrow SS Silencer CAL:22, Serial No. SPS-25252
21. 21-ATF-009398 Silencer Co. Omega 9K Silencer CAL:9, Serial No. OMG9K-18009
22. 21-ATF-009399 Silencer Co. Omega Silencer CAL:30, Serial No. OMG-40658
23. 21-ATF-009401 Silencer Co. Omega Silencer CAL:3, Serial No. OMG-49373
24. 21-ATF-009402 Acadian Armorment Defender Silencer CAL:556, Serial No. C1H002
25. 21-ATF-009404 Dead-Air Mask-HD Silencer CAL:22, Serial No. MHD-04098
26. 21-ATF-009411 Acadian Armorment Lynx Silencer CAL:223, Serial No. B2F061
27. 21-ATF-009418 Silencer Co. Octane 9HD Silencer CAL:9, Serial No. OCT9-11100
28. 21-ATF-009420 Dead-Air Armorment Mask HD Silencer CAL:22, Serial No. MHD-04097
29. 21-ATF-009421 Silencer Co. Osprey Micro Silencer CAL:22, Serial No. OSPM-9364
30. 21-ATF-009423 Silencer Co. Harvester Big Bore Silencer CAL:338, Serial No. HRVBB-3139
31. 21-ATF-009425 Silencer Co. Omega Silencer CAL:3, Serial No. OMG- 40659
32. 21-ATF-009426 Silencer Co. Octane 45HD Silencer CAL:45, Serial No. OCT45-6261
33. 21-ATF-009427 Acadian Armorment Cougar Silencer CAL:30, Serial No. B2A089
34. 21-ATF-009429 Surefire Socom 300-SPS Silencer CAL:7.62, Serial No. A49N06259
35. 21-ATF-009430 Acadian Armorment Panther Silencer CAL: 223, Serial No. B2C014
36. 21-ATF-009431 Acadian Armorment Pantera Silencer CAL:30, Serial No. C1J0088
37. 21-ATF-009433 Silencer Co. 22 Sparrow SS Silencer CAL:22, Serial No. SPS-105492
38. 21-ATF-009434 RPB Industries Unknown Model Silencer CAL:9, Serial No. U019
39. 21-ATF-009471 AKLYS Defense KOPIS TI Silencer CAL:22, Serial No. A OSS 005
40. 21-ATF-009289 Rpb Industries SM11A1 Rifle CAL:380, Serial No. 3809153
41. 21-ATF-009299 Beretta USA Corp. ARX100 Rifle CAL:Multi, Serial No. SX10905
42. 21-ATF-009572 Swg Gg Unknown CAL:410, Serial No. 38095
43. 21-ATF-009582 Suppressor CAL: 5.56, Serial No. SKR556K-1393
44. 21-ATF-009681 Dead Air Nomad-L 7.62 Silencer CAL:7.62, Serial No. MADL-744
45. 21-ATF-009682 Acadian Armament/Cougar Phil Thibodeaux Silencer CAL:30, Serial No. B2A090
46. 21-ATF-009683 Acadian Armament/Pantera Altazan Silencer CAL:30, Serial No. C1J0089
47. 21-ATF-009688 Silencero/Saker 7.62 Gerdsen Silencer CAL:7.62, Serial No. SKR762-16005
48. 21-ATF-009690 Daniel Defense DDWave Silencer CAL:7.62, Serial No. W001552
49. 21-ATF-009691 Silencerco Maxim 9 Silencer CAL:9mm, Serial No. M9-1618

DEFENDANT: JEREMIAH MICAH DEARE
CASE NUMBER: 6:21-CR-00212-1

50. 21-ATF-009693 Silencerco Maxim 9 Silencer CAL:1, Serial No. MX9- 1568
51. 21-ATF-009695 Silencerco Maxim 9 Silencer CAL:9mm, Serial No. M9-1065
52. 21-ATF-009696 Silencerco Maxim 9 Silencer CAL:9mm, Serial No. MX9-1015
53. 21-ATF-009755 Acadian Armament LLC Cougar Silencer CAL:30, Serial No. B2A074
54. 21-ATF-009756 Silencerco Octane Silencer CAL:45ACP, Serial No. OCT45K-2271
55. 21-ATF-009757 Acadian Armament LLC Pantera Silencer CAL:30 (6MM), Serial No. C3J0005
56. 21-ATF-009758 Acadian Armament LLC Lynx Silencer CAL:223/5.56, Serial No. B2F052
57. 21-ATF-009759 Acadian Armament Lynx Silencer CAL:223/5.56, Serial No. B2F007
58. 21-ATF-009760 Gemtech Aurora II Silencer Pistol Silencer CAL:9MM, Serial No. S20-000666
59. 21-ATF-009761 Silencerco 22 Sparrow SS Silencer CAL:22LR, Serial No. SPS-17876
60. 21-ATF-009781 YHM Phantom Silencer CAL:223, Serial No. YS- 5368
61. 21-ATF-009782 Acadian Armament LLC Pantera Silencer CAL:30 (6MM), Serial No. C1J0087
62. 21-ATF-009784 Silencerco 9Osprey CAL:9MM, Serial No. OSP9M-1453
63. 21-ATF-009854 Silencerco Spectre 2 Unknown Suppressor CAL:22, Serial No. SPECT2-17286
64. 21-ATF-009876 Aklys Defense Kopis Ti Unknown Suppressor CAL:22, Serial No. A 0SS 06
65. 21-ATF-009893 Silencerco Maxim 9s Suppressor CAL:9mm, Serial No. MX9-1234
66. 21-ATF-009916 Gemtech Aurora II Suppressor CAL:9mm, Serial No. S20-000664
67. 21-ATF-008916 Romarm/Cugir WASR-2 Rifle CAL:Unknown SN:2- 18113-06
68. 21-ATF-008919 Zastava PAP M92 PV Rifle CAL:762, Serial No. M92PV028731
69. 21-ATF-008921 Harrington & Richardson Handy Gun Shotgun CAL: Unknown, Serial No. 372860
70. 21-ATF-008923 Palmetto State Armory PA-15 Rifle CAL: Multi, Serial No. SCD526998
71. 21-ATF-008925 Savage Arms Inc. (CD) Unknown Rifle CAL: Unknown, Serial No. 1706041
72. 21-ATF-008928 Savage Arms Inc. (CD) 325A Rifle CAL:30-30, Serial No. Unknown
73. 21-ATF-008932 American Tactical Imports-ATI MII Sport Rifle CAL: Multi, Serial No. MSA060660
74. 21-ATF-008933 The Range Tool Company LLC RT-15 Rifle CAL:300, Serial No. AKP0239
75. 21-ATF-008935 Alex Pro Firearms, LLC APF-15 Rifle CAL:556, Serial No. H014244
76. 21-ATF-008936 Remington Arms Company, Inc. Sportsman 48 Shotgun CAL:16, Serial No. 3537829
77. 21-ATF-008937 Winchester 23 Pigeon Grade Shotgun CAL:12, Serial No. PWK008674E
78. 21-ATF-008939 Ruger Precision Rifle Rifle CAL:556, Serial No. 840-63214
79. 21-ATF-008941 Winchester 12 Shotgun CAL:20, Serial No. 1659769
80. 21-ATF-008943 Remington Arms Company, Inc. 700 Rifle CAL:22-250, Serial No. RR65138A
81. 21-ATF-008944 PAC West Arms Commando Rifle CAL:556, Serial No. 1451
82. 21-ATF-008945 Winchester 12 Shotgun CAL:12, Serial No. 1338172
83. 21-ATF-008947 Browning Auto 5 Shotgun CAL:12, Serial No. 84605
84. 21-ATF-008950 Russian Gov. M91-30 Rifle CAL:7.62X54R, Serial No. 9130056131
85. 21-ATF-008951 Remington Arms Company, Inc. SPR 310 Shotgun CAL:411 Serial No. 072782315R
86. 21-ATF-008952 Browning Unknown Shotgun CAL:12, Serial No. 275756
87. 21-ATF-008953 Springfield Armory, Genesco, IL 1903 Rifle CAL:30-06, Serial No. 860283
88. 21-ATF-008954 Winchester 1912 Shotgun CAL:20, Serial No. 16992
89. 21-ATF-008955 Browning A5 Magnum Shotgun CAL:12, Serial No. 4154
90. 21-ATF-008956 Remington Arms Company, Inc. 870 Shotgun CAL:410, Serial No. S517665H
91. 21-ATF-008957 Browning Twenty Shotgun CAL:20, Serial No. 43367
92. 21-ATF-008958 Winchester 50 Shotgun CAL:12, Serial No. 190718
93. 21-ATF-008961 Browning Auto 5 Shotgun CAL:12, Serial No. 09228 RP211
94. 21-ATF-008962 Winchester 12 Shotgun CAL:20, Serial No. 1055710
95. 21-ATF-008963 Ruger Mini 14 Rifle CAL:223, Serial No. 183-66384
96. 21-ATF-008964 Winchester 97 Shotgun CAL:12, Serial No. 822787
97. 21-ATF-008965 Taurus Rossi R92 Rifle CAL:454, Serial No. 510184301
98. 21-ATF-008966 Unknown Unknown Shotgun CAL:12, Serial No. 52832
99. 21-ATF-008967 Ithaca Gun Company (Upper Sandusky, OH) 200E Shotgun CAL:20, Serial No. B6205394

DEFENDANT: JEREMIAH MICAH DEARE
CASE NUMBER: 6:21-CR-00212-1

100. 21-ATF-008968 Intl Ordinance Group Inc. (SAN ANTONIO, TX) Sporter Rifle CAL:7.62x39, Serial No. S020067
101. 21-ATF-008969 Unknown Unknown Shotgun CAL: Unknown, Serial No. Unknown
102. 21-ATF-008970 Heckler & Koch Inc./Fabarm Tribore Shotgun CAL:12, Serial No. 808307
103. 21-ATF-008971 Bushmaster Firearms XM15-E2S Rifle CAL:556, Serial No. L293523
104. 21-ATF-008972 Winchester 12 Shotgun CAL:12, Serial No. 538236
105. 21-ATF-008973 Unknown Unknown Rifle CAL: Unknown, Serial No. 1509022
106. 21-ATF-008975 Winchester 97 Shotgun CAL:12, Serial No. 994927
107. 21-ATF-008976 Miroku Firearm Co. 500 Shotgun CAL:12, Serial No. 226625
108. 21-ATF-008977 Remington Arms Company, Inc. 7615 Rifle CAL:556, Serial No. B8554393
109. 21-ATF-008978 Colt M4 Carbine Rifle CAL:556, Serial No. LE331730
110. 21-ATF-008979 Anderson Manufacturing AM-15 Rifle CAL: Multi, Serial No. 19303126
111. 21-ATF-008980 Unknown Unknown Rifle CAL: Unknown, Serial No. 19471 AK5008
112. 21-ATF-008981 Remington Arms Company, Inc. 592M Rifle CAL:5, Serial No. 1034035
113. 21-ATF-008982 Spike's Tactical LLC ST15 Rifle CAL: Multi, Serial No. RM-21639
114. 21-ATF-008983 Aguirre Y Aranzabal Unknown Shotgun CAL: Unknown, Serial No. 266600
115. 21-ATF-008985 Russian Govt M91-30 Rifle CAL:762x84R, Serial No. NA8053
116. 21-ATF-008986 Pedersoll, Ditta Davide Pedersoll Gardone Davide Unknown Shotgun CAL:45-70, Serial No. A-109
117. 21-ATF-008987 Remington Arms Company, Inc. SP-10 Magnum Shotgun CAL:10, Serial No. RM003883
118. 21-ATF-008989 AWI Eaton Company Unknown Rifle CAL:9, Serial No. Unknown
119. 21-ATF-008991 Luigi BELLERI Unknown Shotgun CAL:12, Serial No. U12998
120. 21-ATF-008993 Winchester 1912 Shotgun CAL:12, Serial No. 217178
121. 21-ATF-008994 Winchester 1912 Shotgun CAL:20, Serial No. 32316
122. 21-ATF-008995 Winchester 25 Shotgun CAL:12, Serial No. 46496
123. 21-ATF-008997 Winchester 12 Shotgun CAL:16, Serial No. 412657
124. 21-ATF-008998 American Arms Co. Waterfowl Speci Shotgun CAL:10, Serial No. 321823
125. 21-ATF-009001 Winchester 12 Shotgun CAL:12, Serial No. 1914273
126. 21-ATF-009002 Remington Arms Company, Inc. 870 Shotgun CAL:12, Serial No. S578992V
127. 21-ATF-009003 Remington Arms Company, Inc. 870 Shotgun CAL:12, Serial No. V971942V
128. 21-ATF-009005 Remington Arms Company, Inc. 410 Shotgun CAL:410, Serial No. RS74924U
129. 21-ATF-009006 Remington Arms Company, Inc. 700 LH Rifle CAL:7, Serial No. S6642565
130. 21-ATF-009007 Winchester 12 Shotgun CAL:20, Serial No. 1771431
131. 21-ATF-009009 DPMS Inc. (Defense Procurement MFG Services) A15 Shotgun CAL: Mutli, Serial No. FFH141875
132. 21-ATF-009011 Triomphe Unknown Shotgun CAL: Unknown, Serial No. 122836
133. 21-ATF-009013 Palmetto State Armory M16A2 Rifle CAL:556, Serial No. 803112
134. 21-ATF-009014 Palmetto State Armory PA-15 Rifle CAL: Multi, Serial No. LW381621
135. 21-ATF-009016 Winchester 24 Shotgun CAL:12, Serial No. 93825
136. 21-ATF-009018 Bushmaster Firearms XM15-E2S Rifle CAL:556, Serial No. BF1518366
137. 21-ATF-009021 LC Smith/Field Unknown Shotgun CAL:Unknown, Serial No. 72328
138. 21-ATF-009022 Smith & Wesson M&P 15 Rifle CAL: Unknown, Serial No. SM59180
139. 21-ATF-009024 LC Smith/Field Unknown Shotgun CAL: Unknown, Serial No. 126778
140. 21-ATF-009028 Browning Auto 5 Shotgun CAL:20, Serial No. 50471
141. 21-ATF-009030 Ithaca Gun Co. 37 Shotgun CAL:20, Serial No. 371490480
142. 21-ATF-009032 Winchester 12 Shotgun CAL:12, Serial No. 608695
143. 21-ATF-009033 Ruger 22 Charger Rceiver/Frame CAL:22 LR, Serial No. 491-22489
144. 21-ATF-009034 Browning A5 Shotgun CAL:16, Serial No. 26273
145. 21-ATF-009035 Winchester 12 Shotgun CAL:12, Serial No. 1919555
146. 21-ATF-009036 Remington Arms Company 552 Rifle CAL:22, Serial No. None
147. 21-ATF-009037 Ruger Mini 30 Rifle CAL:762, Serial No. 189-43673

DEFENDANT:      JEREMIAH MICAH DEARE
CASE NUMBER:    6:21-CR-00212-1

148. 21-ATF-009039 Browning A5 Shotgun CAL:12, Serial No. 323894
149. 21-ATF-009040 Spanish Military Destroyer Rifle CAL:9, Serial No. 23148
150. 21-ATF-009041 Browning Buckmark Rifle CAL:22, Serial No. 213MX01190
151. 21-ATF-009042 Bernelli, S. PA. Super Blk Eagle III Shotgun CAL:12, Serial No. U595344Z18
152. 21-ATF-009043 Anderson Manufacturing AM-15 Rifle CAL:556, Serial No. 12317 F14
153. 21-ATF-009045 Marlin Firearms Co. 1894P Rifle CAL:44, Serial No. 99052140
154. 21-ATF-009047 Mauser 98 Rifle CAL:8, Serial No. 40334
155. 21-ATF-009048 Unknown Unknown Rifle CAL: Unknown, Serial No. 53866
156. 21-ATF-009049 Savage Fox BSE Shotgun CAL:410, Serial No. C995590
157. 21-ATF-009051 Gustaf, Carl 1904 Mauser 96 Rifle CAL:65, Serial No. 145672
158. 21-ATF-009052 Brugger & Thornet AG (B&T AG) GHM9 Rifle CAL:9, Serial No. US16-22245
159. 21-ATF-009054 Daniel Defense Inc. M4 Carbine Pistol CAL:556, Serial No. DD041854D
160. 21-ATF-009055 Browning A5 Shotgun CAL:20, Serial No. 36525
161. 21-ATF-009056 Radian (AXTS Inc.) AX556 Rifle CAL:556, Serial No. X01262
162. 21-ATF-009057 Browning A5 Shotgun CAL:12, Serial No. 7809
163. 21-ATF-009058 Winchester 42 Shotgun CAL:410, Serial No. 91479
164. 21-ATF-009060 Unknown Unknown Rifle CAL: Unknown, Serial No. 349821
165. 21-ATF-009062 Browning 22 Rifle CAL: 22, Serial No. 7E23155
166. 21-ATF-009063 Parker Brothers Unknown Shotgun CAL: Unknown, Serial No. 172005
167. 21-ATF-009064 Winchester 9422M Rifle CAL:22, Serial No. F663316
168. 21-ATF-009067 Browning A5 Shotgun CAL:12, Serial No. 03119PY151
169. 21-ATF-009068 Browning Citori Shotgun CAL:12, Serial No. 20895NW753
170. 21-ATF-009069 MKE-Makina Ve Kimya Endustrisi Kurumu (Kirikkale) Z-43F Rifle CAL:556, Serial No. BF00469
171. 21-ATF-009071 Smith, L.C. Field Grade Shotgun CAL:12, Serial No. 192106
172. 21-ATF-009072 Browning A5 Shotgun CAL:12, Serial No. 346661
173. 21-ATF-009074 FNH USA, LLC FNAR Rifle CAL:782, Serial No. 319MP04125
174. 21-ATF-009075 Winchester 24 Shotgun CAL:20, Serial No. 97690
175. 21-ATF-009076 Dumoulin Unknown Shotgun CAL:12, Serial No. 68962
176. 21-ATF-009077 Winchester 70 Rifle CAL:30-06, Serial No. 200666
177. 21-ATF-009078 Unknown Unknown Shotgun CAL: Unknown, Serial No. 36424
178. 21-ATF-009079 Unknown Unknown Shotgun CAL: Unknown, Serial No. None
179. 21-ATF-009080 Winchester 12 Shotgun CAL:12, Serial No. 835854
180. 21-ATF-009081 Smith, L.C. Field Grade Shotgun CAL: Unknown, Serial No. 189005
181. 21-ATF-009082 Browning Auto 5 Shotgun CAL:12, Serial No. 26156 NY151
182. 21-ATF-009083 Aguirre Y Aranzabal Unknown Shotgun CAL:10, Serial No. 256205
183. 21-ATF-009084 Remington Arms Company, Inc. 1100 LT20 Shotgun CAL:20, Serial No. N457117K
184. 21-ATF-009085 Remington Arms Company, Inc. 870 Wingmaster Shotgun CAL: 12, Serial No. V346684V
185. 21-ATF-009086 Winchester 25 Shotgun CAL:12, Serial No. 55065
186. 21-ATF-009087 A.H. Fox Gun Co.-Sterlingworth Sterlingworth Shotgun CAL:12, Serial No. 110694
187. 21-ATF-009088 Browning Twenty Shotgun CAL:20, Serial No. 80002
188. 21-ATF-009089 Winchester Super-X Shotgun CAL:12, Serial No. M454485
189. 21-ATF-009090 Winchester Super-X Shotgun CAL:12, Serial No. M60581
190. 21-ATF-009091 Ruger No. 3 Rifle CAL:22, Serial No. 130-70904
191. 21-ATF-009092 Beretta USA Corp Tomcat Pistol CAL:32, Serial No. DAA209158
192. 21-ATF-009093 Sig Sauer (Sig-Arms) 1911 Pistol CAL:45, Serial No. 54B181732
193. 21-ATF-009094 Beretta USA Corp 92 Brigadier Pistol CAL:9, Serial No. BER232300
194. 21-ATF-009095 Beretta USA Corp Americas Defender Pistol CAL:9, Serial No. 1826M9
195. 21-ATF-009096 Beretta USA Corp 92FS Compact Pistol CAL:9, Serial No. BER682589
196. 21-ATF-009097 Beretta USA Corp 92 SB Pistol CAL:9, Serial No. B69481Z
197. 21-ATF-009098 Beretta USA Corp 86 Pistol CAL:380, Serial No. 005418Y
198. 21-ATF-009099 Israel Weapon IND-IWI (Israel Military Ind.-IMI) Desert Eagle Pistol CAL:45, Serial No.

AO 245B    (Rev. 09/19 - WDLA) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page **11** of **19**

DEFENDANT:            JEREMIAH MICAH DEARE
CASE NUMBER:     6:21-CR-00212-1

34307592
199. 21-ATF-009100 Beretta USA Corp 92D Pistol CAL:9, Serial No. BER331068Z
200. 21-ATF-009101 Taurus International PT917CS Pistol CAL:9, Serial No. TCY03575
201. 21-ATF-009102 Beretta USA Corp 92FS Pistol CAL:9, Serial No. BER431398
202. 21-ATF-009103 Browning Buckmark Pistol CAL:22, Serial No. 515MY17352
203. 21-ATF-009104 Beretta USA Corp 92 Pistol CAL:9, Serial No. TX16705
204. 21-ATF-009105 Smith & Wesson 15-3 Revolver CAL:38, Serial No. 1K17137
205. 21-ATF-009106 L.W. Seecamp LWS32 Pistol CAL:32, Serial No. 42142
206. 21-ATF-009108 North American Arms Unknown Revolver CAL:22, Serial No. W89136
207. 21-ATF-009109 Vector Arms, Inc. CP1 Pistol CAL:9, Serial No. BDF916
208. 21-ATF-009110 Sardius Industries, Ltd. SD9 Pistol CAL:9, Serial No. A002029
209. 21-ATF-009111 Smith & Wesson 360 Airlite SC Revolver CAL:357, Serial No. SCA0198
210. 21-ATF-009119 BERETTA, PIETRO S.P.A. 92SB COMPACT PISTOL CAL:9, Serial No. F40146Z
211. 21-ATF-009121 ARSENAL FIREARMS GROUP STRIKE ONE PISTOL CAL:9, Serial No. AF1723A
212. 21-ATF-009122 ISRAEL WEAPON IND-IWI (ISRAEL MILITARY IND-IMI) DESERT EAGLE PISTOL CAL:50, Serial No. 36200833
213. 21-ATF-009124 BRUGGER & THOMET AG (B&T AG) USW A1 PISTOL CAL:9, Serial No. US 17023944
214. 21-ATF-009126 HS PRODUKT (IM METAL) XD40 PISTOL CAL:40, Serial No. US174092
215. 21-ATF-009127 TAURUS INTERNATIONAL THE JUDGE REVOLVER CAL:45/410, Serial No. GP782295
216. 21-ATF-009130 BERETTA, PIETRO S.P.A. 92FS PISTOL CAL:9, Serial No. BER452174Z
217. 21-ATF-009131 SIG SAUER (SIG ARMS) P220 PISTOL CAL:45, Serial No. G406115
218. 21-ATF-009132 CZ (CESKA ZBROJOVKA) CZ75 SP-01 PISTOL CAL:9, Serial No. B567410
219. 21-ATF-009133 BERETTA USA CORP 92FS CENTURION PISTOL CAL:9, Serial No. BER399732Z
220. 21-ATF-009134 SIG SAUER (SIG ARMS) P320 PISTOL CAL:9, Serial No. 58H075430
221. 21-ATF-009135 GLOCK INC. 34 PISTOL CAL:9, Serial No. SXE519
222. 21-ATF-009136 BERETTA USA CORP 92 ELITE LTT PISTOL CAL:9, Serial No. LTT001918
223. 21-ATF-009137 WALTHER PPK/S PISTOL CAL:22, Serial No. WF010128
224. 21-ATF-009138 SMITH & WESSON 36 REVOLVER CAL:38, Serial No. ALA4263
225. 21-ATF-009139 RUGER REDHAWK REVOLVER CAL:357, Serial No. 503-96498
226. 21-ATF-009140 RUGER NEW BEARCAT REVOLVER CAL:22, Serial No. 95-09371
227. 21-ATF-009141 BERETTA PIETRO S.P.A. 90 PISTOL CAL: UNKNOWN, Serial No. 23485BR
228. 21-ATF-009142 RUGER NEW BEARCAT REVOLVER CAL:22, Serial No. 95-09177
229. 21-ATF-009143 LEINAD, INC. MR REVOLVER CAL:45/410, Serial No. K00009632
230. 21-ATF-009144 PALMETTO STATE ARMORY UNKNOWN RECEIVER/FRAME CAL: UNKNOWN, Serial No. YC9000533
231. 21-ATF-009145 HUDSON MANUFACTURING, LLC H9 PISTOL CAL:9, Serial No. H03519
232. 21-ATF-009147 SMITH & WESSON 66 REVOLVER CAL:357, Serial No. 96K9567
233. 21-ATF-009149 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI, Serial No. 16167506
234. 21-ATF-009150 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI, Serial No. 20209991
235. 21-ATF-009151 UNKNOWN UNKNOWN RECEIVER/FRAME CAL: MULTI, Serial No. None
236. 21-ATF-009152 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI, Serial No. 20183540
237. 21-ATF-009154 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI, Serial No. 20215313
238. 21-ATF-009155 BERETTA, PIETRO S.P.A. M9A3 PISTOL CAL:9, Serial No. BER745830
239. 21-ATF-009156 BERETTA, PIETRO S.P.A. 92FS PISTOL CAL:9, Serial No. BER651875
240. 21-ATF-009157 BERETTA, PIETRO S.P.A. 71 PISTOL CAL:22, Serial No. A35039U
241. 21-ATF-009158 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI SN:20151867

DEFENDANT:       JEREMIAH MICAH DEARE
CASE NUMBER:     6:21-CR-00212-1

242. 21-ATF-009159 ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL: MULTI, Serial No. 20159446
243. 21-ATF-009160 ANDERSON MANUFACTURING AM15 RECEIVER/FRAME CAL: MULTI, Serial No. 20137453
244. 21-ATF-009161 COLT DIAMONDBACK REVOLVER CAL:38, Serial No. D13381
245. 21-ATF-009162 UNKNOWN UNKNOWN REVOLVER CAL: UNKNOWN, Serial No. 456233
246. 21-ATF-009163 RUGER SUPER REDHAWK REVOLVER CAL:454, Serial No. 530-17970
247. 21-ATF-009164 SMITH & WESSON 500 REVOLVER CAL: 500, Serial No. CHT9344
248. 21-ATF-009165 UNKNOWN UNKNOWN REVOLVER CAL: UNKNOWN, Serial No. 87-05049
249. 21-ATF-009166 RUGER GP100 REVOLVER CAL:10, Serial No. 178- 76839
250. 21-ATF-009167 SMITH & WESSON 351PD AIRLITE REVOLVER CAL:22, Serial No. CNP4914
251. 21-ATF-009168 SMITH & WESSON 38 REVOLVER CAL:38, Serial No. J412478
252. 21-ATF-009169 UNKNOWN TEJANO REVOLVER CAL: UNKNOWN, Serial No. J40084
253. 21-ATF-009170 STANDARD MANUFACTURING COMPANY, LLC S333 THUNDERSTRUCK REVOLVER CAL:22, Serial No. SVF005262
254. 21-ATF-009171 HECKLER & KOCH INC. HK4 PISTOL CAL: UNKNOWN, Serial No. 40729
255. 21-ATF-009172 BERETTA, PIETRO S.P.A. 92FS CENTENNIAL PISTOL CAL:9, Serial No. CX0751/1915
256. 21-ATF-009173 MASTERPIECE ARMS DEFENDER PISTOL CAL:9, Serial No. FJ01451
257. 21-ATF-009179 COLT GOVERNMENT PISTOL CAL:9, Serial No. 9RG01261
258. 21-ATF-009180 SIG SAUER (SIG-ARMS) P225 PISTOL CAL:9, Serial No. 46C000039
259. 21-ATF-009181 BERETTA USA CORP 92G PISTAL CAL:9, Serial No. BER353269
260. 21-ATF-009182 SMITH & WESSON SW40VE PISTOL CAL:40, Serial No. PDS1164
261. 21-ATF-009183 BERETTA USA CORP 3032 PISTOL CAL:32, Serial No. DAA283019
262. 21-ATF-009184 COLT GOVERNMENT PISTOL CAL:38, Serial No. 38SS06265
263. 21-ATF-009185 BERETTA, PIETRO S.P.A. 92FS PISTOL CAL:9, Serial No. A101746X
264. 21-ATF-009186 CZ (CESKA ZBROJOVKA) CZ52 PISTOL CAL:762, Serial No. FK12571
265. 21-ATF-009187 BERETTA, PIETRO S.P.A. 92FS PISTOL CAL:9, Serial No. BER113069Z
266. 21-ATF-009188 AMT-CALIFORNIA (ARCADIA MACHINE & TOOL) AUTOMAG II PISTOL CAL:22, Serial No. H26070
267. 21-ATF-009189 COLT UNKNOWN PISTOL CAL:32, Serial No. 231875
268. 21-ATF-009190 SMITH & WESSON M&P 9L PISTOL CAL:9, Serial No. HMU8148
269. 21-ATF-009191 Unknown Unknown Pistol CAL:380, Serial No. C07155
270. 21-ATF-009192 COLT COMMANDER PISTOL CAL:45, Serial No. CDR084
271. 21-ATF-009193 RUGER BLACKHAWK REVOLVER CAL:357, Serial No. 37-94039
272. 21-ATF-009194 KIMBER CSM CRIMSON CARRY II PISTOL CAL:9, Serial No. T0041168
273. 21-ATF-009195 LASSERRE S.A. COMANCHE I REVOLVER CAL:22, Serial No. 184954
274. 21-ATF-009196 GLOCK, INC. UNKNOWN PISTOL CAL:9, Serial No. BFNE187
275. 21-ATF-009197 UNKNOWN MANUFACTURER UNKNOWN PISTOL CAL:765, Serial No. 723876
276. 21-ATF-009198 BERNARDELLI, VINCENZO P ONE PISTOL CAL:9, Serial No. 304313
277. 21-ATF-009199 GLOCK, INC. 43X PISTOL CAL:9, Serial No. LHX079
278. 21-ATF-009200 BROWNING BLACK LABEL 1911-380 PISOL CAL:380, Serial No. 51HZT11229
279. 21-ATF-009201 RUGER SR1911 PISTOL CAL:45, Serial No. 670- 73092
280. 21-ATF-009202 SIG SAUER (SIG-ARMS) UNKNOWN PISTOL CAL:45, Serial No. 395RR 4050
281. 21-ATF-009203 GLOCK INC. 43X PISTOL CAL:9, Serial No. BNPD645
282. 21-ATF-009204 GLOCK INC. 17CGEN4 PISTOL CAL:9, Serial No. VPZ304
283. 21-ATF-009205 RUGER MARK II PISTOL CAL:22, Serial No. 6730
284. 21-ATF-009229 Smith & Wesson 431PD Revolver CAL:32, Serial No. CJX9746
285. 21-ATF-009231 Smith & Wesson 32 Revolver CAL:38, Serial No. 542151
286. 21-ATF-009232 CZ USA Unknown Pistol CAL: Unknown, Serial No. B774633
287. 21-ATF-009233 Ruger Redhawk Revolver CAL:44, Serial No. 503- 49330
288. 21-ATF-009235 Unknown Manufacturer Unknown Pistol CAL: Unknown, Serial No. 1041471
289. 21-ATF-009238 Beretta, Pietro, S.P.A. 92 Pistol CAL:9, Serial No. B57866Z

DEFENDANT:      JEREMIAH MICAH DEARE
CASE NUMBER:    6:21-CR-00212-1

290. 21-ATF-009240 Ideal Conceal Inc. IC380 Pistol CAL:380, Serial No. A2000057
291. 21-ATF-009241 Ruger Blackhawk Revolver CAL:357, Serial No. 40805
292. 21-ATF-009245 Jennings Firearms J22 Pistol CAL:22, Serial No. 260913
293. 21-ATF-009246 Bauer Firearms Corp. Bauer Automatic Pistol CAL:25, Serial No. 73019
294. 21-ATF-009248 Ordnance Technology SSP91 Pistol CAL:223, Serial No. MR4734
295. 21-ATF-009249 Colt Python Revolver CAL:357, Serial No. K13529
296. 21-ATF-009250 Beretta USA Corp. M9A1 Pistol CAL:9, Serial No. BER679910
297. 21-ATF-009251 Ruger Redhawk Revolver CAL:44, Serial No. 503-78905
298. 21-ATF-009252 Smith & Wesson 625 Revolver CAL:45, Serial No. BEU1850
299. 21-ATF-009253 Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45, Serial No. 20986
300. 21-ATF-009254 Beretta, Pietro S.P.A. 92S Pistol CAL:9, Serial No. X45402Z
301. 21-ATF-009255 Smith & Wesson 64 Revolver CAL:38, Serial No. 825X2
302. 21-ATF-009256 Smith & Wesson 500 Revolver CAL:500, Serial No. CSN6740
303. 21-ATF-009257 Smith & Wesson 29 Revolver CAL:44, Serial No. CUA3251
304. 21-ATF-009258 Colt King Cobra Revolver CAL:357, Serial No. KK4406
305. 21-ATF-009259 Ruger Vaquero Revolver CAL:45, Serial No. 58- 82307
306. 21-ATF-009260 Ruger Blackhawk Revolver CAL:44, Serial No. 29526
307. 21-ATF-009261 Smith & Wesson 29 Revolver CAL:44, Serial No. CUE8264
308. 21-ATF-009262 Webley-Webley and Scott Mark VI Revolver CAL:45, Serial No. 265164
309. 21-ATF-009435 Ruger Blackhawk Silencer CAL:44, Serial No. 521- 41881
310. 21-ATF-009436 Ruger Single Seven Revolver CAL:327, Serial No. 816-10261
311. 21-ATF-009437 German Sports Guns Firefly Pistol CAL:22, Serial No. F446504
312. 21-ATF-009438 Ruger 22/45 Pistol CAL:22, Serial No. 225-33363
313. 21-ATF-009440 Intratec Sport 22 Pistol CAL:22, Serial No. K003328
314. 21-ATF-009441 Smith & Wesson M&P 380 Shield Pistol CAL:380, Serial No. RCX0148
315. 21-ATF-009442 Smith & Wesson 36 Revolver CAL:38, Serial No. DNK9389
316. 21-ATF-009443 Ruger Blackhawk Revolver CAL:44, Serial No. 80- 23965
317. 21-ATF-009445 Sig-Sauer P210 Pistol CAL:9, Serial No. 59B002446
318. 21-ATF-009446 Savage MSR-15 Receiver/Frame CAL: Multi, Serial No. 03-022077
319. 21-ATF-009448 Smith & Wesson 686 Revolver CAL:357, Serial No. DMW4272
320. 21-ATF-009451 Israel Weapon IND-IWI (Israel Military IND-IMI) Jericho 941 Pistol CAL:9, Serial No. 95315092
321. 21-ATF-009453 Cold 1903 Revolver CAL: Unknown, Serial No. 201638
322. 21-ATF-009454 Bryco Arms Jennings Nine Pistol CAL:9, Serial No. 216941
323. 21-ATF-009455 Taurus International Tracker Revolver CAL:22, Serial No. UG895914
324. 21-ATF-009456 Beretta, Pietro S.P.A. 21 Pistol CAL:22, Serial No. DAA568080
325. 21-ATF-009457 Zastava 70 Pistol CAL: Unknown, Serial No. 94381
326. 21-ATF-009458 Beretta, Pietro S.P.A. PX4 Storm Pistol CAL:40, Serial No. PY123631
327. 21-ATF-009459 Ruger Wrangler Revolver CAL:22, Serial No. 203- 98955
328. 21-ATF-009461 Smith & Wesson M&P 9 Shield Pistol CAL:9, Serial No. RJL7884
329. 21-ATF-009462 Palmetto State Armory Unknown Model Receiver/Frame CAL: Unknown, Serial No. YC9000941
330. 21-ATF-009463 Colt Army Revolver CAL: Unknown, Serial No. S65087A
331. 21-ATF-009464 Intratec CAT45 Pistol CAL:45, Serial No. _000002
332. 21-ATF-009465 Intratec CAT9 Pistol CAL:9, Serial No. _0134
333. 21-ATF-009466 Essential Arms Inc. J15 Receiver/Frame CAL: ZZ, Serial No. X08
334. 21-ATF-009467 Unknown Manufacturer Unknown Model Pistol CAL: ZZ, Serial No. 188785
335. 21-ATF-009468 Smith & Wesson M&P 45 Pistol CAL:45, Serial No. HAB0454
336. 21-ATF-009470 Ruger 22/45 Mark III Pistol CAL:22, Serial NoVS52143. 274-46066
337. 21-ATF-009472 Glock, Inc. 23 Pistol CAL:40, Serial No. FGE352
338. 21-ATF-009474 Ruger LC9 Pistol CAL:9, Serial No. 458-59685
339. 21-ATF-009476 Smith & Wesson 581 Revolver CAL:357, Serial No. 18646

AO 245B  (Rev. 09/19 - WDLA) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page **14** of **19**

DEFENDANT:        JEREMIAH MICAH DEARE
CASE NUMBER:  6:21-CR-00212-1

340. 21-ATF-009477 Ruger Wrangler Revolver CAL:22, Serial No. 201- 77375
341. 21-ATF-009479 Sig Sauer (Sig-Arms) P365 CAL:9, Serial No. 66A743217
342. 21-ATF-009480 Browning Unknown Model Pistol CAL: Unknown, Serial No. 37681
343. 21-ATF-009482 Ruger Blackhawk Revolver CAL:357, Serial No. 38- 85092;
344. 21-ATF-009483 Ruger Blackhawk Revolver CAL:41, Serial No. 38- 72042
345. 21-ATF-009484 Charter Arms Explorer II Pistol CAL:22, Serial No. B032686
346. 21-ATF-009485 Smith & Wesson 686 Revolver CAL:357, Serial No. CTE2469
347. 21-ATF-009487 Smith & Wesson 500 Revolver CAL:500, Serial No. CRM3594
348. 21-ATF-009488 Smith & Wesson 986 Revolver CAL:9, Serial No. CXD5546
349. 21-ATF-009286 Savage Axis Rifle CAL:223, Serial No. K375418
350. 21-ATF-009287 Unknown Unknown Shotgun CAL: ZZ, Serial No. G656922
351. 21-ATF-009288 Unknown Unknown Shotgun CAL: Unknown, Serial No. Unknown
352. 21-ATF-009290 Smith, L.C. Unknown Shotgun CAL: ZZ, Serial No. 312126
353. 21-ATF-009291 Browning T-bolt Rifle CAL:22, Serial No. 01931ZP253
354. 21-ATF-009292 Rossi Unknown Rifle CAL:17, Serial No. P6516
355. 21-ATF-009293 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 19199066
356. 21-ATF-009294 Remington Arms Company, Inc. 1100 Shotgun CAL:12, Serial No. M675644V
357. 21-ATF-009295 Browning Unknown Shotgun CAL:12, Serial No. 73731
358. 21-ATF-009296 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 20118706
359. 21-ATF-009297 Mossberg 600AT Shotgun CAL:12, Serial No. G890852
360. 21-ATF-009298 Ata Arms Tsa Shotgun CAL:12, Serial No. 5428
361. 21-ATF-009300 Savage Springfield 6 Shotgun CAL:12, Serial No. B486508
362. 21-ATF-009302 Remington Arms Company, Inc. 700 Rifle CAL:243, Serial No. E6443242
363. 21-ATF-009305 Sako Unknown Rifle CAL:300, Serial No. 977104
364. 21-ATF-009306 Harrington & Richardson Unknown Rifle CAL:45- 70, Serial No. CBA180575
365. 21-ATF-009307 Springfield Armory, Geneseo, IL Unknown Rifle, CAL: Unknown, Serial No. MC078801
366. 21-ATF-009308 Winchester Unknown Shotgun CAL:12, Serial No. 59371
367. 21-ATF-009309 Norinco (North China Industries) SKS Rifle CAL:762, Serial No. 10269326A
368. 21-ATF-009310 Browning Unknown Shotgun CAL:12, Serial No. 17364NVT02
369. 21-ATF-009311 Hunter Arms Co. Unknown Rifle CAL: ZZ, Serial No. 61-06-026487-19
370. 21-ATF-009312 Unknown Unknown Shotgun CAL:410, Serial No. Unknown
371. 21-ATF-009313 Verona SX405 Shotgun CAL:12, Serial No. T1102- 02DK118986
372. 21-ATF-009314 Fabrica De Armas S.E.A.M. Unknown Rifle CAL:7, Serial No. 3937
373. 21-ATF-009315 Auto Ordance West Hurley, NY Thompson Rifle CAL:45, Serial No. 521675
374. 21-ATF-009316 Remington Arms Company, Inc. 11-87 Shotgun CAL:12, Serial No. SM007818
375. 21-ATF-009317 Mossberg 340B Rifle CAL:22, Serial No. Unknown
376. 21-ATF-009318 Thomspon/Center Arms Co. Unknown Rifle CAL:270, Serial No. U053366
377. 21-ATF-009319 Norinco (North China Industries) Unknown Rifle, CAL:22, Serial No. 200690
378. 21-ATF-009320 Anderson Manufacturing AM-15 Rifle CAL: Multi, Serial No. 18188044
379. 21-ATF-009321 Hatsan Arms Co. (Silah Makina Kalip San. Tic. Ltd) Escort Shotgun, CAL:12, Serial No. 703553
380. 21-ATF-009322 DPMS Inc. (Defense Procurement Mfg. Services) Panther LR-308 Rifle CAL:308, Serial No. 33372
381. 21-ATF-009323 Israel Weapon IND-IWI (Israel Military IND-IMI) Unknown Rifle CAL:9, Serial No. 40454
382. 21-ATF-009324 Benelli, S.PA. Nova Shotgun CAL:12, Serial No. Z033970
383. 21-ATF-009325 Franchi Unknown Shotgun CAL:12, Serial No. AH63549
384. 21-ATF-009326 Mauser Unknown Rifle CAL: ZZ, Serial No. N7759
385. 21-ATF-009327 Mossberg Unknown Rifle CAL:22, Serial No. Unknown
386. 21-ATF-009328 Mossberg 183DC Shotgun CAL:410, Serial No. Unknown
387. 21-ATF-009329 Crossman Arms Co. Unknown Shotgun CAL: ZZ, Serial No. Unknown
388. 21-ATF-009330 Retay Arms LTD. STI Masai Mara Shotgun CAL: Unknown, Serial No. M19111928
389. 21-ATF-009331 Ruger 10/22 Rifle CAL:22, Serial No. 0006-10181

DEFENDANT:        JEREMIAH MICAH DEARE
CASE NUMBER:      6:21-CR-00212-1

390. 21-ATF-009332 Harrington & Richardson Handy Gun Rifle CAL: ZZ, Serial No. CBA 084201
391. 21-ATF-009333 Savage 116 Rifle CAL:30-06, Serial No. G930643
392. 21-ATF-009334 CZ (Ceska Zbrojovka) Unknown Rifle CAL:762, Serial No. C159972
393. 21-ATF-009335 Weatherby Vanguard Rifle CAL:300, Serial No. VS393898
394. 21-ATF-009336 Mossberg 500CG Shotgun CAL:20, Serial No. J071546
395. 21-ATF-009337 Savage 111 Rifle CAL:270, Serial No. F940851
396. 21-ATF-009338 Springfield Armory, Geneseo, IL, Unknown Rifle, CAL:22, Serial No. 20524
397. 21-ATF-009339 Remington Arms Company, Inc. 870 Express Shotgun CAL:12, Serial No. C271956M
398. 21-ATF-009340 Steyr Scout Rifle CAL: Unknown, Serial No. RFR01451
399. 21-ATF-009341 DPMS Inc. (Defense Procurement MFG, Services) Unknown Rifle CAL: Unknown, Serial No. 209259
400. 21-ATF-009342 Savage 110L Rifle CAL:270, Serial No. F132959
401. 21-ATF-009344 Remington Arms Company, Inc. 770 Rifle CAL:30- 06, Serial No. 71558539
402. 21-ATF-009345 Remington Arms Company, Inc.7 Rifle CAL:300, Serial No. 7848623
403. 21-ATF-009346 Unknown Unknown Rifle CAL:762, Serial No. H42892
404. 21-ATF-009347 Parker Brothers Unknown Shotgun CAL:12, Serial No. 139881
405. 21-ATF-009348 Browning Light 12 Shotgun CAL:12, Serial No. 75687
406. 21-ATF-009350 Smith, L.C. Field Grade Shotgun CAL: ZZ, Serial No. S6978
407. 21-ATF-009351 Springfield Armory, Geneseo, IL Saint Pistol CAL: Multi, Serial No. ST197750
408. 21-ATF-009352 Beretta USA Corp Unknown Shotgun CAL:12, Serial No. BU77505
409. 21-ATF-009353 Browning Unknown Shotgun CAL: Unknown, Serial No. 99728
410. 21-ATF-009354 Verona Unknown Shotgun CAL: ZZ, Serial No. T1102-03DK05376
411. 21-ATF-009355 Remington Arms Company, Inc. 700 Rifle CAL:308, Serial No. RR22185A
412. 21-ATF-009357 Savage 12 Rifle CAL:65, Serial No. K653455
413. 21-ATF-009358 Remington Arms Company, Inc. 700 Rifle CAL:308, Serial No. RR18129A
414. 21-ATF-009359 Browning Safari Rifle CAL:7, Serial No. Unknown
415. 21-ATF-009360 Yankee Hill Machine Co. Inc. YHM-15 Rifle CAL: Multi, Serial No. YH020537
416. 21-ATF-009362 Spike's Tactical LLC Unknown Pistol CAL: ZZ, Serial No. HB02385
417. 21-ATF-009363 Egypt Hakim Rifle CAL: ZZ, Serial No. 28580
418. 21-ATF-009364 Norinco (North China Industries) NHM91Rifle CAL:762, Serial No. 9200349
419. 21-ATF-009366 Remington Arms Company, Inc. Unknown Rifle CAL: ZZ, Serial No. 3087056
420. 21-ATF-009368 DPMS Inc. (Defense Procurement MFG. Services) Unknown Rifle CAL: Unknown, Serial No. FFH169870
421. 21-ATF-009371 DPMS Inc. (Defense Procurement MFG. Services) Unknown Rifle CAL: Unknown, Serial No. FFH165079
422. 21-ATF-009491 Connecticut Shotgun Manufacturing Co. Unknown Shotgun CAL: Unknown, Serial No. W50789
423. 21-ATF-009493 Winchester 97 Shotgun CAL:12, Serial No. 912670
424. 21-ATF-009494 Springfield Armory, Geneseo, IL M1 Rifle CAL:30, Serial No. 54520
425. 21-ATF-009495 Remington Arms Company, Inc. 48 Shotgun CAL:12, Serial No. 5250926
426. 21-ATF-009497 Anderson Manufacturing Am-15 Rifle CAL:300, Serial No. 20165925
427. 21-ATF-009500 American Tactical Imports-Ati Mil-sport Rifle CAL:556, Serial No. MSA053066
428. 21-ATF-009502 Unknown Unknown Rifle CAL: Unknown, Serial No. 1F10278
429. 21-ATF-009505 Winchester 1200 Shotgun CAL:12, Serial No. 463366
430. 21-ATF-009509 Springfield Armory, Geneseo, IL M6 Scout Rifle CAL:22, Serial No. MC058006
431. 21-ATF-009512 Browning A5 Shotgun CAL:16, Serial No. 123967
432. 21-ATF-009516 Savage Stevens Model 6 Shotgun CAL:12, Serial No. Unknown
433. 21-ATF-009517 Remington Arms Company, Inc. 1903 Rifle CAL:30- 06, Serial No. 3334401
434. 21-ATF-009518 Marlin Firearms Co. 60SB Rifle CAL:22, Serial No. MN07149B
435. 21-ATF-009519 Mauser M1916 Rifle CAL: Unknown, Serial No. M4672
436. 21-ATF-009521 Unknown Unknown Rifle CAL: Unknown, Serial No. Unknown
437. 21-ATF-009522 Barrett Firearms Mfg. Co. 82A1 Rifle CAL:50, Bmg, Serial No. 21021

DEFENDANT:    JEREMIAH MICAH DEARE
CASE NUMBER:    6:21-CR-00212-1

438. 21-ATF-009524 Browning Maxus Shotgun CAL:12, Serial No. 115ZV05745
439. 21-ATF-009526 Mossberg 152k Rifle CAL:22, Serial No. Unknown
440. 21-ATF-009528 Kral Al Sanayi Upland Hunter Shotgun CAL:12, Serial No. KRU009602
441. 21-ATF-009530 Unknown Unknown Rifle CAL: Unknown, Serial No. Unknown
442. 21-ATF-009534 Anderson Manufacturing Am-15 Rifle CAL:556, Serial No. 18188038
443. 21-ATF-009536 Winchester 100 Rifle CAL:308, Serial No. 32598
444. 21-ATF-009538 Browning A5 Shotgun CAL:12, Serial No. 87432
445. 21-ATF-009540 Browning 81L Rifle CAL:270, Serial No. 22854NW327
446. 21-ATF-009542 Remington Arms Company, Inc. Speedmaster 552 Rifle CAL:22, Serial No. Unknown
447. 21-ATF-009545 Husqvarna Unknown Rifle CAL: Unknown, Serial No. 620
448. 21-ATF-009548 Omega Arms Inc. (Flower Mound, TX) Om9-R Rifle CAL:9, Serial No. 9R0122
449. 21-ATF-009551 Remington Arms Company, Inc. 870 DM Shotgun CAL:12, Serial No. CC65093D
450. 21-ATF-009552 Rhino Arms RA-4R Rifle CAL:558, Serial No. SC- 01080
451. 21-ATF-009553 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 18189860
452. 21-ATF-009555 Savage B. Mag Rifle CAL:17, Serial No. N478163
453. 21-ATF-009557 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 18188037
454. 21-ATF-009558 Rock River Arms, Inc. Lar 15 CAL:556, Serial No. CM190780
455. 21-ATF-009559 Bfi M17S Rifle CAL:556, Serial No.P08999
456. 21-ATF-009560 Ruger American Rifle CAL:556, Serial No. 690518782
457. 21-ATF-009570 Bushmaster Firearms XM15-E2S Rifle CAL:556, Serial No. BFH051780
458. 21-ATF-009571 Winchester 9422 XTR Rifle CAL:22, Serial No. F462816
459. 21-ATF-009573 Howa 1500 Rifle CAL:300, Serial No. B582467
460. 21-ATF-009574 Jp Sauer and Sohn Unknown Shotgun CAL: Unknown, Serial No. 302982
461. 21-ATF-009575 Remington Arms Company, Inc. 870 Express Mag Shotgun CAL:12, Serial No. D997899M
462. 21-ATF-009577 Weatherby Mark IV Rifle CAL:30-378, Serial No. SB021081
463. 21-ATF-009579 Marlin Firearms Co. 336 Rifle CAL:30-30, Serial No. 71 197702
464. 21-ATF-009580 Savage 110E Rifle CAL:243, Serial No. E814878
465. 21-ATF-009581 Spike's Tactical LLC Meanstreak Rifle CAL: Multi, Serial No. MS00093
466. 21-ATF-009583 Beschi, Mario Cam70 Shotgun CAL: Unknown, Serial No. 15435
467. 21-ATF-009584 Ruger 10/22 Rifle CAL:22, Serial No. 0006-10146
468. 21-ATF-009585 Thompson/Center Arms Co. Encore Rifle CAL:30 TC, Serial No. S98121
469. 21-ATF-009586 Ruger 10/22 Rifle CAL:22, Serial No. 240-79141
470. 21-ATF-009588 Weatherby Vanguard Rifle CAL:257, Serial No. VB041703
471. 21-ATF-009590 LC Smith Unknown Shotgun CAL:12, Serial No. 168937
472. 21-ATF-009593 Winchester 12 Shotgun CAL:16, Serial No. 1777032
473. 21-ATF-009594 Omega Silah Ve Tufek Ar12 Shotgun CAL:12, Serial No. 20AR-3094
474. 21-ATF-009595 Browning Maxus Shotgun CAL:12, Serial No. 115ZN04403
475. 21-ATF-009597 Weatherby Vanguard Rifle CAL:7, Serial No. VS52143
476. 21-ATF-009600 Mossberg 100 Air Rifle CAL:270, Serial No. BA033323
477. 21-ATF-009606 Henry Repeating Rifle Company H006M Rifle CAL:357, Serial No. BB0101378M
478. 21-ATF-009613 Akkar Silah Sanayi Tic. Ltd. 612 Shotgun CAL:12, Serial No. 20064095
479. 21-ATF-009619 DPMS Inc. (Defense Procurement Mfg. Services) A15 Rifle CAL: Multi, Serial No. FFH200425
480. 21-ATF-009628 Ruger American Shotgun CAL:17 Hmr, Serial No. 833-34062
481. 21-ATF-009634 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 1818804
482. 21-ATF-009639 Weatherby Mark V Rifle CAL:257, Serial No. BW004600
483. 21-ATF-009644 Remington Arms Company, Inc. Mdt Tac 21LA Rifle CAL:300, Serial No. RR82083C
484. 21-ATF-009648 Mauser 1916 Rifle CAL: ZZ, Serial No. 1598Z
485. 21-ATF-009651 Beretta USA Corp Extreme A+400 Shotgun CAL:12, Serial No. MA014264
486. 21-ATF-009654 Retay Arms Ltd. Sti. Masai Mara Shotgun CAL:12, Serial No. M20020835
487. 21-ATF-009655 Remington Arms Company, Inc. 870 Marine Magn Shotgun CAL:12, Serial No. C573545M
488. 21-ATF-009656 Ardesa Outfitter G2 Rifle CAL:35, Serial No. 14-06- 001452-18

DEFENDANT:        JEREMIAH MICAH DEARE
CASE NUMBER:      6:21-CR-00212-1

489. 21-ATF-009657 Browning Bar Rifle CAL:308, Serial No. 00309M71
490. 21-ATF-009658 Remington Arms Company, Inc. 1100 Shotgun CAL:12, Serial No. M610740V
491. 21-ATF-009659 Winchester 1300 Shotgun CAL:12, Serial No. L2927230
492. 21-ATF-009660 Beretta USA Corp. 390 Shotgun CAL:12, Serial No. X21362E
493. 21-ATF-009664 Remington Arms Company, Inc. 870 Magnum Shotgun CAL:12, Serial No. LM010581
494. 21-ATF-009665 Sako 995 Rifle CAL:338, Serial No. 984526
495. 21-ATF-009700 Unknown Unknown Receiver/Frame CAL: Unknown, Serial No. Unknown
496. 21-ATF-009703 Spike's Tactical LLC Unknown Reciver/Frame CAL: Unknown, Serial No. J10-02610
497. 21-ATF-009706 Spike's Tactical LLC Receiver/Frame CAL: Unknown, Serial No. MS01670
498. 21-ATF-009707 Aklys Defense, LLC (Meaux Guns) Unknown Receiver/Frame CAL: Unknown, Serial No. AKLYSB0163
499. 21-ATF-009710 CMMG Inc. MD-4 Receiver/Frame CAL: Multi, Serial No. SWU11467
500. 21-ATF-009712 Doubletap Defense, LLC Unknown Pistol CAL: Unknown, Serial No. DA13613
501. 21-ATF-009713 Bond Arms Inc. Unknown Pistol CAL: Unknown, Serial No. 214668
502. 21-ATF-009714 Kahr Arms-Auto Ordnance P9 Pistol 9 CAL:9, Serial No. EA1665
503. 21-ATF-009715 Caspian Arms Ltd. Unknown Pistol CAL: Unknown, Serial No. 50253
504. 21-ATF-009716 Sig-Sauer P239 Pistol CAL:357, Serial No. SA4144956
505. 21-ATF-009717 Kahr Arms-Auto Ordnance P9 Pistol CAL:9, Serial No. EA4789
506. 21-ATF-009718 Unknown Unknown Pistol CAL: Unknown, Serial No. S15A200331
507. 21-ATF-009719 Hipoint C9 Pistol CAL:9, Serial No. P7345571
508. 21-ATF-009721 Para Usa, Inc. Warthog Pistol CAL:45, Serial No. P184621
509. 21-ATF-009723 Norinco (North China Industries) 54-1 Pistol CAL: Unknown, Serial No. 3700734699
510. 21-ATF-009725 Smith & Wesson SW1911PD Pistol CAL:45, Serial No. SPF0091
511. 21-ATF-009729 Kahr Arms-Auto Ordnance PM40 Pistol CAL:40, Serial No. WA3416
512. 21-ATF-009732 Heckler & Koch Inc. USP45 Compact Pistol CAL:45, Serial No. 29-088993
513. 21-ATF-009735 Sig-Sauer P232 Pistol CAL: Unknown, Serial No. S216945
514. 21-ATF-009738 Kimber Gold Match Ten II Pistol CAL:45, Serial No. KPS10824
515. 21-ATF-009742 F.N. (FN Herstal) Five-Seven Pistol CAL: Unknown, Serial No. 386154105
516. 21-ATF-009763 Taurus International 82 Revolver CAL:38, Serial No. NH989374
517. 21-ATF-009764 Colt Army Special Revolver CAL:38, Serial No. 464503
518. 21-ATF-009765 Savage Arms Inc. (CD) 1905 Pistol CAL:32, Serial No. 1421
519. 21-ATF-009766 Hipoint C9 Pistol CAL:9, Serial No. P781946
520. 21-ATF-009767 Hipoint CF380 Pistol CAL:380, Serial No. P8098207
521. 21-ATF-009768 Hipoint C9 Pistol CAL:9, Serial No. P1213035
522. 21-ATF-009769 Hipoint CF380 Pistol CAL:380, Serial No. P8111175
523. 21-ATF-009770 Hipoint CF380 Pistol CAL:380, Serial No. P769847
524. 21-ATF-009771 Hipoint C9 Pistol CAL:9, Serial No. P1918135
525. 21-ATF-009772 Smith & Wesson 15 Revolver CAL:38, Serial No. K567382
526. 21-ATF-009773 Ruger Single Six Revolver CAL:22, Serial No. 266- 22673
527. 21-ATF-009774 Glock Inc. 22 Pistol CAL:40, Serial No. WPC894
528. 21-ATF-009775 Smith & Wesson 1913 Pistol CAL: ZZK578646, Serial No. 158
529. 21-ATF-009776 Taurus International PT99 Pistol CAL:9, Serial No. L83384
530. 21-ATF-009777 FEG AP-MBP Pistol CAL: Unknown, Serial No. BU0545
531. 21-ATF-009778 High Standard D100 Derringer CAL:22, Serial No. 1277142
532. 21-ATF-009779 Heizer Defense, LLC Par1 Pistol CAL:223, Serial No. PCC-03461
533. 21-ATF-009780 High Standard DM101 Derringer CAL:22, Serial No. 2379721
534. 21-ATF-009783 Ideal Conceal Inc. IC380 Pistol CAL:380, Serial No. A200058
535. 21-ATF-009785 Springfield Armory, Geneseo, IL Unknown Receiver/Frame CAL: Unknown, Serial No. 2293080
536. 21-ATF-009786 Winchester 1200 Shotgun CAL:12, Serial No. L621726
537. 21-ATF-009789 Rossi SA Rifle CAL:223, Serial No. SP645437
538. 21-ATF-009792 VR Enfield Unknown Rifle CAL: Unknown, Serial No. 884

Case 6:21-cr-00212-JDC-TPL   Document 199   Filed 04/03/24   Page 18 of 19 PageID #: 4184
AO 245B    (Rev. 09/19 - WDLA) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page **18** of **19**

DEFENDANT:      JEREMIAH MICAH DEARE
CASE NUMBER:    6:21-CR-00212-1

539. 21-ATF-009795 Browning Wicked Wing Shotgun CAL:12, Serial No. 03193ZN132
540. 21-ATF-009796 Mosin-Nagant Unknown Rifle CAL:762, Serial No. Unknown
541. 21-ATF-009798 Mendoza Puma Rifle CAL:22, Serial No. P22-00101
542. 21-ATF-009802 Ruger 1 Rifle CAL:450, Serial No. 134-49384
543. 21-ATF-009808 JC Higgins 41 Rifle CAL:22, Serial No. Unknown
544. 21-ATF-009810 Browning X-bolt Rifle CAL:26, Serial No. 02081ZP354
545. 21-ATF-009811 Kimber 82 Rifle CAL:22, Serial No. 2891
546. 21-ATF-009812 China M44 Rifle CAL:762, Serial No. 3215232
547. 21-ATF-009814 Unknown Unknown Rifle CAL: Unknown, Serial No. Unknown
548. 21-ATF-009815 Ruger M77 Mark II Rifle CAL:338, Serial No. 786- 35094
549. 21-ATF-009816 Ruger 10/22 Rifle CAL:22, Serial No. 0006-10169
550. 21-ATF-009817 Weatherby Vanguard Rifle CAL:30-06, Serial No. VS130639
551. 21-ATF-009818 Savage 111 Rifle CAL:30-06, Serial No. K578646
552. 21-ATF-009819 Anderson Manufacturing Am-15 Rifle CAL: Multi, Serial No. 15085202
553. 21-ATF-009820 Ruger 10/22 CAL:22, Serial No. 82320920
554. 21-ATF-009822 Harrington and Richardson SB1 Unknown CAL:45/410, Serial No. CAC431477
555. 21-ATF-009823 Ruger American Rifle CAL:65, Serial No. 69016440
556. 21-ATF-009824 Smith & Wesson M&P 15 Rifle CAL:556, Serial No. SX42001
557. 21-ATF-009825 Unknown Unknown Receiver/Frame CAL: Unknown, Serial No. D123801
558. 21-ATF-009827 Remington Arms Company, Inc. 870 Marine Magn Shotgun CAL:12, Serial No. B462069M
559. 21-ATF-009829 Remington Arms Company, Inc. 742 Rifle CAL:30- 06, Serial No. 156920
560. 21-ATF-009832 Remington Arms Company, Inc. 1100 Shotgun CAL:12, Serial No. M246107V
561. 21-ATF-009834 Beretta USA Corp AI 391 Urika2 Shotgun CAL:12, Serial No. AA417206
562. 21-ATF-009836 Ruger 1 Rifle CAL:460, Serial No. 134-53150
563. 21-ATF-009837 Harrington and Richardson Unknown Rifle CAL:45- 70, Serial No. CBA178933
564. 21-ATF-009839 Benelli, S. PA. hk M1 Shotgun CAL:12, Serial No. M283554
565. 21-ATF-009843 Browning lighting Shotgun CAL:20, Serial No. 48548V8
566. 21-ATF-009846 Akkar Silah Sanayi Tic. Ltd. 612 Shotgun CAL:12, Serial No. 20064094
567. 21-ATF-009848 Stevens 940A Shotgun CAL:12, Serial No. Unknown
568. 21-ATF-009850 Springfield Armory, Geneseo, IL 15 Rifle CAL:22, Serial No. Unknown
569. 21-ATF-009852 Remington Arms Company, Inc. 700 Rifle CAL:30- 06, Serial No. G6209825
570. 21-ATF-009856 Hipoint C9 Pistol CAL:9, Serial No. P1266257
571. 21-ATF-009858 Browning Hi Power Pistol CAL:9, Serial No. 76C33987
572. 21-ATF-009860 Star, Bonifacio Echeverria 30 Mi Pistol CAL:9, Serial No. 1844089
573. 21-ATF-009861 Magnum Research, Inc. Mountain Eagle Pistol CAL:22, Serial No. M8-93-10727
574. 21-ATF-009866 Taurus International Unknown Pistol CAL:44, Serial No. 1X619447
575. 21-ATF-009868 Hipoint C9 Pistol CAL:9, Serial No. 2291
576. 21-ATF-009872 Riger 22/45 Mark III Pistol CAL:22, Serial No. 274- 46046
577. 21-ATF-009878 Beretta, Pietro S.P.A. 86 Pistol CAL:380, Serial No. G00829Y
578. 21-ATF-009881 Beretta USA Corp U22 Neos Pistol CAL:22, Serial No. P20315
579. 21-ATF-009883 Heizer Defense, Lic Ps1 Pistol CAL:45/410, Serial No. PAA-00172
580. 21-ATF-009885 Ruger Wrangler Rifle CAL:22, Serial No. 201-04754
581. 21-ATF-009887 Imi Jericho 941f Pistol CAL:9, Serial No. P116325
582. 21-ATF-009890 Silencerco, Llc Maxim 9 Pistol CAL:9, Serial No. M9- 4419
583. 21-ATF-009896 Springfield Armory, Geneseo, II 2 Pistol CAL:45, Serial No. GM433615
584. 21-ATF-009898 Lorcin Engineering L9 Pistol CAL:9, Serial No. 4410
585. 21-ATF-009901 Stinger Mfg. Corp. Liberator Pistol CAL:9, Serial No. LB180
586. 21-ATF-009903 Trailblazer Firearms, Llc Lifecard Pistol CAL:22, Serial No. 16225
587. 21-ATF-009906 Glock Inc. 19 Pistol CAL:9, Serial No. LAK597
588. 21-ATF-009910 Trailblazer Firearms, Llc Lifecard Pistol CAL:22, Serial No. 16227
589. 21-ATF-009912 Zastava 70 Pistol CAL:765, Serial No. C-95990
590. 21-ATF-009914 Bersa Thunder 380 Pistol CAL:380, Serial No. B70918

Judgment — Page **19** of **19**

DEFENDANT:       JEREMIAH MICAH DEARE
CASE NUMBER:     6:21-CR-00212-1

591. 21-ATF-009919 Hipoint CF380 Pistol CAL:380, Serial No. P763444
592. 21-ATF-009921 Ruger Single Six Revolver CAL:22, Serial No. 266- 02971
593. 21-ATF-009924 Hipoint CF380 Pistol CAL:22, Serial No. P8099855
594. 21-ATF-009927 Heizer Defense, Llc Ps1 Pistol CAL:45/410, Serial No. PAA-00174
595. 21-ATF-009930 Sardius Industries, Ltd Sd9 Pistol CAL:9, Serial No. A002259
596. 21-ATF-009931 Hipoint C9 Pistol CAL:9, Serial No. P1276851
597. 21-ATF-009933 Stinger Mfg. Corp. Samm1 Pistol CAL:22, Serial No. SPP02471
598. 21-ATF-009934 Hipoint C9 Pistol CAL:9, Serial No. F1967677
599. 21-ATF-009935 J Stevens Arms Arms Corp Pistol CAL:410, Serial N. 31847
600. 21-ATF-009950 Fie Titan Pistol CAL:25, Serial No. 313470
601. 21-ATF-009951 Dreyse Unknown Pistol CAL: Unknown, Serial No. 248919
602. 21-ATF-009953 Colt 1911A1 Pistol CAL:45, Serial No. 1111056
603. 21-ATF-009955 Remington Arms Company, Inc. 700 Rifle CAL:30- 06, Serial No. F6261349
604. 21-ATF-009957 Smith & Wesson M&P 15 Rifle CAL:556, Serial No. TR58915
605. 21-ATF-009959 Harrington & Richardson 732 Revolver CAL:32, Serial No. AJ34157
606. 21-ATF-009961 Victor Unknown Pistol Frame CAL:22, Serial No. 110412
607. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
608. Bump Stock Type Device, Unknown Unknown CAL:ZZ, Serial No. None
609. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
610. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
611. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
612. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
613. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
614. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
615. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
616. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
617. Bump Stock Type Device Sig-Sauer Unknown CAL:ZZ, Serial No. None
618. Bump Stock Type Device Unknown Unknown CAL:ZZ, Serial No. None
619. Bump Stock Type Device Unknown Unknown, CAL:ZZ, Serial No. None