UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JEREMIAH MICAH DEARE | NO.  6:21-CR-00212-JDC-KK |

### DEFENDANT'S NOTICE OF APPEAL

NOW INTO COURT, comes André R. Bélanger, attorney for defendant, JEREMIAH DEARE, who, on behalf of Mr. Deare, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Fifth Circuit his sentence imposed on April 2, 2024 (Doc. 199), his trial that took place on November 27, 2023 through November 30, 2023, and the ruling on his motions to dismiss (Docs. 83 & 84).

Respectfully submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ André Bélanger
ANDRÉ BÉLANGER
Louisiana Bar No. 26797
8075 Jefferson Highway
Baton Rouge, LA  70809
(225) 383-9703 Telephone
(225) 383-9704 Facsimile

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| | **NO. 6:21-CR-00212-JDC-KK** |
| **JEREMIAH MICAH DEARE** | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Defendant's Notice of Appeal has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 10th day of April, 2024.

 

                                                                                              s/ André Bélanger         
                                                                                             ANDRÉ BÉLANGER